COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


**ORDER ON MOTION**

Cause number:          01-14-00455-CV

Style:               Phillippe Tanguy, 13500 Air Express, LLC and 13500 Air Express, LP

                       **v** William G. West, as Chapter 7 Trustee of Richard Davis, Debtor

Date motion filed[*]:    November 4, 2014

Type of motion:       Motion to enlarge time within which to file Appellants' opening brief

Party filing motion:    Appellants

Document to be filed:   Appellants' brief

Is appeal accelerated?      No

If motion to extend time:

     Original due date:         August 6, 2014

     Number of prior extensions:    1            Current Due date:  November 3, 2014

     Date Requested:        December 3, 2014

Ordered that motion is:

    ☑     Granted

           If document is to be filed, document due:  December 3, 2014

        ☑     The Court will not grant additional motions to extend time

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

   **Appellants' motion for extension is granted.  No further extensions will be granted.** *See* **TEX. R. APP. P. 38.6(a), (d), 38.8(a).**

Judge's signature: /s/ Chief Justice Sherry Radack

            ☒ Acting individually      ☐ Acting for the Court

Date:  November 20, 2014

November 7, 2008 Revision